# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SARAH IRENE DAVIS,

    Plaintiff,

v.                                                                CV 15-309 JCH/WPL

NANCY A. BERRYHILL, *Acting Commissioner*
*of the Social Security Administration*,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed August 3, 2017. (Doc. 33). The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the Proposed Findings and Recommended Disposition (Doc. 33) is adopted as an order of the Court; and

2) the case is remanded to the Social Security Administration for proceedings consistent with the PFRD.

_____
**UNITED STATES DISTRICT JUDGE**